UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-14355 |
| ALFREDO AVILA and TERESITA MARSAL-AVILA | ) ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### WITHOUT OBJECTION ORDER PURSUANT TO 11 U.S.C. SECTION 506(A) AND BANKRUPTCY RULE 3012 DETERMINING THE VALUE OF 34 REGENT DRIVE, OAK BROOK, ILLINOIS TO BE $820,000.00

THIS CAUSE coming on to be heard on the DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 34 REGENT DRIVE, OAK BROOK, ILLINOIS, due notice having been given, and the Court being fully advised in the premises:

IT IS SO ORDERED:

1. That the Fair Market Value of the Real Estate commonly known as 34 Regent Drive, Oak Brook, Illinois is $820,000.00;

Enter:   /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: September 01, 2015

**Prepared by:**

Paul M. Bach, Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Ste. 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181