## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) Chapter 11 |
| ALFREDO AVILA and | ) |
| TERESITA MARSAL-AVILA | ) Case No. ~~14-04057~~ 15 B 14355 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) Honorable Judge Jack B. Schmetterer |

### ORDER AND NOTICE SETTING HEARING ON DEBTOR'S PLAN OF REORGANIZATION, AND DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO THE PLAN AND DISCLOSURE STATEMENT

IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT:

1. Alfredo Avila and Teresita Marsal-Avila ("Debtors") filed a Plan of Reorganization on August 20, 2015 (the "plan") for themselves in this case, and a Disclosure Statement on August 20, 2015 (the "Disclosure Statement") relating thereto.

2. On Nov 2, 2015 at 11:00 am, a hearing to consider approval of the Disclosure Statement will be held by this Court or by another judge sitting in this Court's place, in Room 682 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If at the conclusion of said hearing the Disclosure Statement is approved by the court, the Court will immediately hold a hearing to consider confirmation of the Plan.

3. Oct 26, 2015, is fixed as the last day for those creditors entitled to vote upon the Plan by written ballot, written acceptances or

rejections of the plan with the Clerk of the Bankruptcy Court, 7th Floor, 219 S. Dearborn Street, Chicago, IL 60604.

4. Pursuant to Federal Rules of Bankruptcy Procedure 3017(a) and 3020(b), __Oct 26th__, 2015 is the last day for filing with this Court and serving upon the parties listed below via U.S. mail or facsimile transmission, any objection to the approval of the Disclosure Statement or objection to the confirmation of the Plan. Any Objection not filed and served in accordance with this Order is waived.

5. Objections should be filed with the Clerk of the Bankruptcy Court, 219 S. Dearborn, 7th Floor, Chicago, IL 60604 and served upon the following parties.

Debtor's Attorney
Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd Suite 150
Oak Brook, IL 60523

U.S. Trustee's Office
Office of the US Trustee
219 S. Dearborn
Suite 873
Chicago, IL 60604

6, Counsel for Debtor shall file a ballot report with regard to the Plan on or before __Oct 29__, 2015.

Dated: __9/8/15__

United States Bankruptcy Judge

SEP 08 2015

DEBTOR'S COUNSEL:
Paul M. Bach
Penelope N. Bach
SULAIMAN LAW GROUP, LTD
900 Jorie Blvd Suite 150
Oak Brook, IL 60523
(630) 575 - 8181