IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALFREDO AVILA and ) | |
| TERESITA MARSAL-AVILA ) | |
| ) | Case No. 15-14355 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

BALLOT
(Case of ALFREDO AVILA AND TERESITA MARSAL-AVILA 15 B 14355)

The undersigned, the holder of a claim against the Debtor under Class 1 in the claimed unpaid amount of $394,329.93 (Class 1) hereby

    X    ACCEPTS        OR            REJECTS

the Debtor's Amended Plan of Reorganization.

Print or type creditor name: PNC Bank, National Association

Signature: /s/ Crystal V. Sava

Title (if corporation or partnership) Attorney for Creditor

Address: 1771 W. Diehl Road, Suite 120

Naperville, IL 60563

PLEASE RETURN THIS DOCUMENT (on or before October 26, 2015) to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604