IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALFREDO AVILA and ) | |
| TERESITA MARSAL-AVILA ) | |
| ) | Case No. 15-14355 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 26 2015
JEFFREY P. ALLSTEADT, CLERK
MAILROOM - KC

CLASS 6 BALLOT FOR ACCEPTING OR REJECTING PLAN OF
REORGANIZATION

### IMPORTANT NOTICE

Debtors, ALFREDO AVILA AND TERESITA MARSAL-AVILA, filed a Plan of Reorganization (the "Plan"), and a Disclosure Statement to the Plan (the "Disclosure Statement") in this case. The Disclosure Statement provides information to assist you in deciding how to vote on your ballot.

You should receive the Disclosure Statement, and the Plan before you vote. (A copy of these documents is being sent to you along with this ballot.) You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604 on or before October 26, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

See next page of this notice for the voting section of the Ballot.

BALLOT
(Case of ALFREDO AVILA AND TERESITA MARSAL-AVILA 15 B 14355)

The undersigned, the holder of a claim against the Debtor under Class 6 in the claimed unpaid amount of $ 6,000 hereby

__X__ ACCEPTS    OR    _____ REJECTS

the Debtor's Amended Plan of Reorganization.

Print or type creditor name: Synchrony Bank c/o RMSC

Signature: [signed]

Title (if corporation or partnership) Claims Supervisor

Address: 25 SE 2nd Ave, Suite 1120
Miami, FL 33131

PLEASE RETURN BOTH PAGES OF THIS DOCUMENT (on or before October 26, 2015) to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604