# IN THE UNITED STATES BANKRUPTCY COURT OR THE NORTHERN DISTRICT OF ILLINOIS

CASE NAME: Alfredo Avila & Teresita Marsal-Avila   CASE NUMBER: 15 B 14355   CONFIRMATION HEARING DATE: 11/3/2015

## SECTION 1126 BALLOT FORM

| | # Ballots Cast | # Accepting | # Rejecting | $ Accepting | $ Rejecting | Class Accepting | Class Rejects |
|---|---|---|---|---|---|---|---|
| 3 | 0 | 0 | 0 | $0.00 | $0.00 | NO | YES |
| 6 | 3 | 3 | 0 | $8,706.13 | $0.00 | YES | NO |

Plan Accepted   Yes [ ]   No [✓]

*Debtor seeks confirmation of the Plan of Reorganization pursuant to 11 USC 1129(b)(1)-(2)

**Class 6 have not voted or objected to the Plan of Reorganization. Only Classes 3 & 6 are impaired.

Page 1 of 2

Please note the following provisions of Title 11, Section 1126 of the United States Code

(c) A class of claims has accepted a plan if such plan has been accepted by creditors, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interests, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(e) On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not in good faith, or was not solicited or procured in good faith or in accordance with the provisions of this title.

Alfredo Avila & Teresita Marsal-Avila
NAME OF PLAN PROPONENT

/s/Paul M. Bach
BY: ATTORNEY OF PLAN PROPONENT

Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                     )

                       )    Chapter 11

ALFREDO AVILA and       )
TERESITA MARSAL-AVILA   )

                       )    Case No. 15-14355

    Debtors.               )

                       )

                       )

                       )    Honorable Judge Jack B. Schmetterer

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 26 2015

JEFFREY P. ALLSTEADT, CLERK
PS REP. - DDS

CLASS 6 BALLOT FOR ACCEPTING OR REJECTING PLAN OF
REORGANIZATION

## IMPORTANT NOTICE

Debtors, ALFREDO AVILA AND TERESITA MARSAL-AVILA, filed a Plan of Reorganization (the "Plan"), and a Disclosure Statement to the Plan (the "Disclosure Statement") in this case. The Disclosure Statement provides information to assist you in deciding how to vote on your ballot.

You should receive the Disclosure Statement, and the Plan before you vote. (A copy of these documents is being sent to you along with this ballot.) You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604 on or before October 26, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

See next page of this notice for the voting section of the Ballot.

BALLOT
(Case of ALFREDO AVILA AND TERESITA MARSAL-AVILA 15 B 14355)


The undersigned, the holder of a claim against the Debtor under Class 6 in the
claimed unpaid amount of $**1,254.66**_____ hereby **Account Ending: 2006**


      **X**__ACCEPTS            OR            _____REJECTS

the Debtor's Amended Plan of Reorganization.


Print or type creditor name: **American Express Travel Related Services Company, Inc.,**


Signature: Kenneth W. Kleppinger
            **Kenneth W. Kleppinger**

Title (if corporation or partnership)**Attorneys/Agent for creditor**


Address: **c/o Becket & Lee LLP**_____

      **PO Box 3001, Malvern PA  19355**____


PLEASE RETURN BOTH PAGES OF THIS DOCUMENT (on or before October 26, 2015)
to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago,
Illinois 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| ALFREDO AVILA and | ) | |
| TERESITA MARSAL-AVILA | ) | |
| | ) | Case No. 15-14355 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Jack B. Schmetterer |

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 2 6 2015

JEFFREY P. ALLSTEADT, CLERK
**PS REP. - DDS**

CLASS 6 BALLOT FOR ACCEPTING OR REJECTING PLAN OF
REORGANIZATION

### IMPORTANT NOTICE

Debtors, ALFREDO AVILA AND TERESITA MARSAL-AVILA, filed a Plan of Reorganization (the "Plan"), and a Disclosure Statement to the Plan (the "Disclosure Statement") in this case. The Disclosure Statement provides information to assist you in deciding how to vote on your ballot.

You should receive the Disclosure Statement, and the Plan before you vote. (A copy of these documents is being sent to you along with this ballot.) You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604 on or before October 26, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

See next page of this notice for the voting section of the Ballot.

BALLOT
(Case of ALFREDO AVILA AND TERESITA MARSAL-AVILA 15 B 14355)


The undersigned, the holder of a claim against the Debtor under Class 6 in the
claimed unpaid amount of $**1,451.47**_____ hereby **Account Ending: 4008**


        **X**___ACCEPTS              OR              _____REJECTS

the Debtor's Amended Plan of Reorganization.


Print or type creditor name: **American Express Centurion Bank**


Signature: _Kenneth W. Kleppinger_
              **Kenneth W. Kleppinger**

Title (if corporation or partnership)**Attorneys/Agent for creditor**


Address: **c/o Becket & Lee LLP**_____

         **PO Box 3001, Malvern PA  19355**_____



PLEASE RETURN BOTH PAGES OF THIS DOCUMENT (on or before October 26, 2015)
to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago,
Illinois 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ALFREDO AVILA and | ) | Chapter 11 |
| TERESITA MARSAL-AVILA | ) | |
| | ) | |
| | ) | Case No. 15-14355 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Jack B. Schmetterer |

*FILED*
*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF ILLINOIS*

*OCT 26 2015*

*JEFFREY P. ALLSTEADT, CLERK*
*MAILROOM - KC*

CLASS 6 BALLOT FOR ACCEPTING OR REJECTING PLAN OF
REORGANIZATION

## IMPORTANT NOTICE

Debtors, ALFREDO AVILA AND TERESITA MARSAL-AVILA, filed a Plan of Reorganization (the "Plan"), and a Disclosure Statement to the Plan (the "Disclosure Statement") in this case. The Disclosure Statement provides information to assist you in deciding how to vote on your ballot.

You should receive the Disclosure Statement, and the Plan before you vote. (A copy of these documents is being sent to you along with this ballot.) You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 6 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604 on or before October 26, 2015 and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

See next page of this notice for the voting section of the Ballot.

BALLOT
(Case of ALFREDO AVILA AND TERESITA MARSAL-AVILA 15 B 14355)


The undersigned, the holder of a claim against the Debtor under Class 6 in the claimed unpaid amount of $ _6,000_ hereby


_X_ ACCEPTS          OR          ____ REJECTS

the Debtor's Amended Plan of Reorganization.


Print or type creditor name: _Synchony Bank c/o RMSC_

Signature: _____

Title (if corporation or partnership) _Claims Supervisor_

Address: _25 SE 2nd Ave, Suite 1120_

_Miami, FL 33131_


PLEASE RETURN BOTH PAGES OF THIS DOCUMENT (on or before October 26, 2015) to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| ALFREDO AVILA and | ) | |
| TERESITA MARSAL-AVILA | ) | |
| | ) | Case No. 15-14355 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Jack B. Schmetterer |

BALLOT
(Case of ALFREDO AVILA AND TERESITA MARSAL-AVILA 15 B 14355)

The undersigned, the holder of a claim against the Debtor under Class 1 in the claimed unpaid amount of $394,329.93 (Class 1) hereby

___X___ACCEPTS            OR            _____REJECTS

the Debtor's Amended Plan of Reorganization.

Print or type creditor name: PNC Bank, National Association

Signature: /s/ Crystal V. Sava

Title (if corporation or partnership) Attorney for Creditor

Address: 1771 W. Diehl Road, Suite 120

Naperville, IL 60563

PLEASE RETURN THIS DOCUMENT (on or before October 26, 2015) to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604