# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALFREDO AVILA and ) | |
| TERESITA MARSAL-AVILA ) | |
| ) | Case No. 15-14355 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

## ORDER APPROVING DISCLOSURE STATEMENT (DOCKET 46) AND CONFIRMING PLAN OF REORGANIZATION (DOCKET 45)

WHEREAS, A Disclosure Statement (Docket 46) under Chapter 11 of the Bankruptcy Code has been filed by the Debtor referring to a Plan of Reorganization (Docket 45) with filed under Chapter 11 of the Code; and

WHEREAS, Disclosure Statement (Docket 46) and the Plan of Reorganization (Docket 45) were transmitted to all creditors entitled to notice; and

WHEREAS, The Court having set November 3, 2015 for a hearing to approve the Disclosure Statement and the Court finding that the Disclosure Statement contained adequate information as required by the Bankruptcy Code;

WHEREAS, It having been determined after hearing on November 3, 2015 that notice that the requirements for confirmation for the Plan of Reorganization set forth in 11 USC 1129 have been satisfied;

WHEREAS, the Plan of Reorganization contains six classes of which two (3 & 6) are impaired as defined by the Bankruptcy Code;

WHEREAS, Class Three did not vote and Class Six voted in favor of Plan;

WHEREAS, Class Three *As to Debtors* surrenders real estate to the secured creditor (Byline Bank) in full satisfaction of the secured creditor's secured claim (the secured creditor filed a secured claim only);

WHEREAS, it has been determined after hearing on November 3, 2015 based on the testimony of the Debtors that the Plan of Reorganization should be confirmed based on 11 USC 1129(b)(1) and that Class Three does not unfairly discriminate and is fair and equitable.

IT IS HEREBY ORDERED:

1. The Disclosure Statement (Docket 46) is approved.

2. The Plan of Reorganization (Docket 45) is confirmed.

Date: November 9, 2015

Enter:

_____
United States Bankruptcy Judge

Paul M. Bach
Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd. Suite 150
Oak Brook, Illinois 60523
(630) 575 8181
(630) 575 8188