UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             )
Alfredo Avila                                      )    Bankruptcy Case No. 15 B 14355
Teresita Marsal-Avila                              )    Chapter 11
                                                   )    Judge Jack B. Schmetterer
            Debtor                                 )

## ORDER AND NOTICE OF PLAN CONFIRMATION

TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST:

Pursuant to Rule 2002(f)(7) Fed.R.Bankr.P., Debtor(s) is/are to serve copies of this Order and Notice upon all creditors and the notice list and file proof of such service.

YOU ARE HEREBY NOTIFIED that an order confirming the Plan of Reorganization ("Order") was entered on the __9th__ day of __Nov__, 20__15__, in the above entitled Chapter 11 proceeding.

IT IS ORDERED AND YOU ARE FURTHER NOTIFIED that there will be a hearing at which Debtor is hereby ordered, pursuant to Title 11 U.S.C. § 1106(a)(7), to file a written report of status of all initial payments required and made for each class treated under the Plan, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 on __Dec 15__, 20__15__ at the hour of __11:30__ A.M. That hearing may be continued from time to time without further notice other than the announcement in open court of the continued date.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

NOV 09 2015

Dated: __11/9/15__
G:\FORMS\OrderNotice-PlanConfirmation.wpd