IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| ALFREDO AVILA and ) | |
| TERESITA MARSALA-AVILA, ) | |
| ) | Case No. 15 B 14355 |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

REPORT OF STATUS OF ALL INITIAL PAYMENTS UNDER CONFIRMED PLAN
PURSUANT TO COURT ORDER DATED NOVEMBER 9, 2015

NOW COMES ALFREDO AVILA and TERESITA MARSALA-AVILA ("Debtors"), by and through their attorneys, Sulaiman Law Group, LTD, and reports to the Court all Initial Payments under the Confirmed Plan of Reorganization (November 9, 2015) as follows:

CLASS 1 -Secured Claim of PNC Bank, N.A. as to 34 Regent Drive, Oak Brook, Illinois 60523. Paid November, 2015 and December, 2015 in the amount of $2,692.13 since Plan Confirmation.

CLASS 2 -Secured Claim of TCF National Bank as to 34 Regent Drive, Oak Brook, Illinois 60523. Paid November, 2015 and December, 2015 in the amount of $800.00 since Plan Confirmation.

CLASS 3-Secured Claim Byline Bank as to 2500 S. Drake Avenue, Chicago, Illinois 60623 and 2458 S. Millard, Chicago, Illinois 60623. No payments made as Plan calls for no payment to this creditor and class.

CLASS 4- Secured Claim of PNC Bank, N.A. Secured Claim of PNC Bank, N.A. as to the Debtors' 2012 Audi A8L. Paid November, 2015 and December, 2015 in the amount of $945.08/month since Plan Confirmation.

CLASS 5- Secured Claim of Toyota Lease Trust. Secured Claim of Toyota Lease Trust as to the Debtors' 2013 Toyota Tundra. Paid November, 2015 and December, 2015 in the amount of $464.31/month since Plan Confirmation.

<u>Class Six- Allowed Non Priority Unsecured Claims</u> - Each Holder of Allowed Class 6 Claims (American Express Centurion Bank, American Express Travel Related Services, JPMorgan Chase Bank, N.A. (3 claims), Citibank SD, N.A., Comenity Bank, DSNB Macy's, Quantum3 Group LLC, Synchrony Bank, Target Credit Card and Wells Fargo Bank, N.A. (3 accounts)) pursuant to the Plan of Reorganization has been paid two payments of $1,584.39/month pro rata

Dated: December 20, 2015                              Respectfully Submitted,

                                                      ALFREDO AVILA and TERESITA
                                                      MARSALA-AVILA
                                                      <u>/s/ Paul M. Bach</u>
                                                      Paul M. Bach, Esq. #6209530
                                                      Of Counsel, Sulaiman Law Group, LTD
                                                      900 Jorie Blvd, Ste 150
                                                      Oak Brook, IL 60523
                                                      Phone (630)575-8181
                                                      Fax: (630)575-8188