UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-14355 |
| ALFREDO AVILA and TERESITA ) | | |
| MARSAL-AVILA ) | Chapter: | 11 |
| ) | Honorable Jack Schmetterer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE**

      This matter coming to be heard upon the motion of ALFREDO AVILA and TERESITA MARSAL-AVILA, the Reorganized Debtors (the "Debtors"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion); proper notice having been provided; no creditor or party in interest having objected to the entry of a Final Decree and Order Closing this Bankruptcy Case; Based on review and consideration, the Court finds that (1) notice of the Motion was adequate under the circumstances and no other notice need be given; (2) the Debtors' Confirmed Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for the granting the relief requested in this Motion; and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

  1. The Motion is granted.
  2. Pursuant to Bankruptcy Code section 350(a), the Bankruptcy case is closed effective upon entry of this Final Decree and Order.
  3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:
    a) The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order");
    b) This Court shall retain jurisdiction in accordance with the Confirmation Order and Plan;
    c) The Debtors are required to pay all outstanding US Trustee quarterly fees owed by the Debtors pursuant to 28 USC 1930 through and including entry of this Final Decree;
    d) Pursuant to 11 USC 1141(d)(5), the Debtors shall not receive a discharge of his debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 USC 1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtors meet the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtors will need to reopen the Bankruptcy Case.

Enter: _/s/ Jack B. Schmetterer_

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  December 29, 2015

**Prepared by:**

    PAUL M. BACH, OF COUNSEL
    SULAIMAN LAW GROUP, LTD.
    COUNSEL FOR DEBTOR(S)
    900 JORIE BOULEVARD, SUITE 150
    OAK BROOK, IL 60523
    PHONE:  (630) 575-8181